UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
AUDREY TINKER, individually and    )
   as next friend of A.M. and A.M. )
1117 3rd Street, N.E.              )
Washington, DC  20002              )
                                   )
          Plaintiffs,              )
                                   )
     v.                            )  Civil Action No.
                                   )
UNITED STATES OF AMERICA,[1]       )
c/o The United States Attorney     )
   555 4th Street, N.W.            )
   Washington, DC 20530            )
                                   )
          Defendant.               )
                                   )
```

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant, the United States of America, respectfully notifies the Court as follows:

1. Carolyn Davis, an employee of the United States postal Service was named as a defendant in a civil action now pending in the Civil Division of the Superior Court of the District of Columbia, Case No. 2006-009009B, entitled <u>Audrey Tinker, et al. v. Carolyn Davis</u>.

2. The above-entitled action was commenced on or about December 20, 2006. A copy of the Complaint has been received by the Office of the United States Attorney and is attached hereto.

3. A certification, pursuant to 28 U.S.C. § 2679, is being filed with the Court this date, substituting the United States as

---

[1] The United States was substituted for the original defendant, Carolyn Davis, by operation of 28 U.S.C. § 2679(d).

the sole defendant in this action.

4. This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 2679(d)(2), since plaintiffs' action against the defendant is one in which the district court has original jurisdiction, Carolyn Davis was, and is, an officer of the United States and the United States Postal Service sued for an alleged act performed under color of her office, and a certification has been filed pursuant to 28 U.S.C. § 2679(d).

WHEREFORE, this action now pending in the Superior Court of the District of Columbia, is properly removed therefrom to this Court pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 2679(d)(2).

Respectfully submitted,

_/s/_
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_/s/_
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_/s/_
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Removal of a Civil Action has been made by mailing and faxing copies thereof to:

EDWIN QUARTEY, ESQ.
Quartey & UMANA, LLC
Spring Street Center
1400 Spring Street, # 120
Sivler Spring, MD  20910
(301) 587-0090
fax: (301) 587-5540

on this 29th day of March, 2007.

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| AUDREY TINKER, individually and<br>   as next friend of A.M. and A.M.<br>1117 3rd Street, N.E.<br>Washington, DC  20002<br><br>       Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA,[1]<br>c/o The United States Attorney<br>    555 4th Street, N.W.<br>    Washington, DC 20530<br><br>       Defendant. | Case No. 2006-009009B |

NOTICE OF FILING OF NOTICE OF REMOVAL OF A CIVIL ACTION

To:   AUDREY TINKER, individually and
         as next friend of A.M. and A.M.
      c/o EDWIN QUARTEY, ESQ.
         Quartey & UMANA, LLC
         Spring Street Center
         1400 Spring Street, # 120
         Sivler Spring, MD  20910
         and by fax: (301) 587-5540

PLEASE TAKE NOTE that on March 29, 2007, the defendant, through counsel, filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal in the above captioned case, pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 2679(d).  The Superior Court of the District of Columbia "shall proceed no further unless and until the case is

---

[1]   The United States was substituted for the original defendant, Carolyn Davis, by operation of 28 U.S.C. § 2679(d).

remanded." See 28 U.S.C. § 1446(d). A copy of the Notice of Removal (and attachments) are attached hereto.

Respectfully submitted,

*/s/ Jeffrey A. Taylor*
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

*/s/ Rudolph Contreras*
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

*/s/ W. Mark Nebeker*
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY TINKER, <u>et al.</u>, | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No.<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Defendant. | )<br>) |

## CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 68 Fed. Reg. 74187, 74189 (Dec. 23, 2003) (updating Attorney General's delegation of authority, effective Jan. 22, 2004) (codified at 28 C.F.R. § 15.4), and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in <u>Audrey Tinker, et al.</u>, v. <u>Carolyn Davis</u>, Case No. 2006-CA-009009 B (D.C. Superior Court), and that on the basis of the information now available to me with respect to the incident alleged therein, I find that Defendant Carolyn Davis was acting within the scope of her employment as an employee of the United States at the time of the alleged incident.

3/27/07
_____
dated

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney
Chief, Civil Division

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

AUDREY TINKER
1117 3rd Street, NE
Washington, DC 20002

and

As Next Friend of
AM
1117 3rd Street, NE
Washington, DC 20002

and

As Next Friend of
AM
1117 3rd Street, NE
Washington, D.C. 20002

        Plaintiffs

v.

CAROLYN DAVIS
5516 NH Burroughs Ave. NE
# 205
Washington, D.C. 20019

        Defendant



FILED
CIVIL ACTIONS BRANCH
DEC 2 0 2006
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC



* CIVIL ACTION NO. 0006869-06

RECEIVED
MAR 2 2 2007
ST. LOUIS LAW OFFICE

### COMPLAINT
#### Negligence / Automobile

Comes now plaintiffs, Audrey Tinker, Andrea Morton and Antonise Morton by and through their attorney, Edwin Quartey, and QUARTEY & UMANA, LLC and hereby sue defendant, and for cause state:

1. That Plaintiff Audrey Tinker is an adult citizen of the District of Columbia residing at 1117 3rd Street, NE, Washington, D.C. 20002.



2. That co-plaintiffs Andrea Morton and Antonise Morton are minor children residing with plaintiff Audrey Tinker, an adult citizen of the District of Columbia, at 1117 3rd Street, N.E., Washington, D.C. 20002.

3. Upon information and belief, the Defendant, Carolyn Davis is an adult citizen of the District of Columbia and upon further information is believed to reside at 5516 N H Burroughs Avenue, NE, Washington, D.C.

## STATEMENT OF FACTS

4. On or about December 20, 2003, the plaintiff, Audrey Tinker, was operating an automobile and traveling westbound in the 3000 Block of V Street, NE, a public thoroughfare in the District of Columbia.

5. Plaintiff, Audrey Tinker, observed a parked mail truck and attempted to go around the mail truck. As she was passing the mail truck, Defendant, Carolyn Davis, who was coming out of a building, collided into the front right side of plaintiff's vehicle.

6. Co-plaintiffs Andrea Morton and Antonise Morton were passengers in Audrey Tinker's vehicle.

## COUNT ONE

The allegation of fact, hereinabove set forth in paragraph 1-6 above are adopted herein and made a part hereof, and in support of the complaint herein, plaintiff further states that:

7. The defendant was operating the vehicle in a negligent and careless manner in violation of the traffic laws then and there in full force and effect in the District of Columbia. The

defendant failed to pay full time and attention while driving, failed to operate her vehicle in a careful manner, thereby causing her vehicle to collide with plaintiffs' vehicle.

8. As a direct and proximate result of the negligence and carelessness of defendant, the vehicle driven by the plaintiff was seriously damaged and the plaintiffs were severely injured.

9. As a further direct and proximate result of the negligence and carelessness of defendant, and the ensuing collision, the plaintiffs sustained grievous and painful injuries to and about various parts of their bodies.

10. As a further and direct result of the negligence and carelessness of the defendant, the plaintiffs: (1) suffered, and will continue to suffer pain, anxiety and mental anguish; (2) and incurred expenses for medical care and medicines; (3) and was, for a period of time, unable to engage in their normal activities.

11. Plaintiffs further state that the collision was directly and proximately caused by the negligence of the defendant, without any contributory negligence on the part of the plaintiffs.

WHEREFORE, the premises considered, plaintiffs Audrey Tinker, Andrea Morton and Antonise Morton, demand judgment from the defendant, in the sum of $60,000.00 for personal injury and property damage, plus court cost, interest, and attorney fees.

Respectfully submitted,

*[signature]*

Edwin Quartey, Esq. (#460866)
QUARTEY & UMANA, LLC.
Spring Street Center
1400 Spring Street, # 120
Silver Spring, MD 20910
Phone: (301) 587-0090
Fax: (301) 587-5540
Counsel for the Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Filing of Notice of Removal of a Civil Action has been made by mailing and faxing copies thereof to:

EDWIN QUARTEY, ESQ.
Quartey & UMANA, LLC
Spring Street Center
1400 Spring Street, # 120
Sivler Spring, MD  20910
(301) 587-0090
fax: (301) 587-5540


on this 29th day of March, 2007.

_/s/ W. Mark Nebeker_
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

07cv601
CKK
B

## I (a) PLAINTIFFS

AUDREY TINKER, individually and as next friend of A.M. and A.M.
1117 3rd Street, N.E.
Washington, DC 20002

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   11001
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

United States of America
c/o The United States Attorney
555 4th Street, N.W.
Washington, DC 20530

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

## (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

EDWIN QUARTEY, ESQ.
Quartey & UMANA, LLC
Spring Street Center
1400 Spring Street, # 120
Silver Spring, MD 20910
(301) 587-0090
fax: (301) 587-5540

Case: 1:07-cv-00601
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 03/29/2007
Description: Tinker v. USA

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
⊙ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ⊙ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☒ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)     OR     ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

**No Summons Issued**

| ○ G. *Habeas Corpus/* *2255* ☐ 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ○ H. *Employment* *Discrimination* ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) *(If pro se, select this deck)* | ⊙ I. *FOIA/PRIVACY* *ACT* ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act) *(If pro se, select this deck)* | ○ J. *Student Loan* ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ○ K. *Labor/ERISA* *(non-employment)* ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ○ L. *Other Civil Rights* *(non-employment)* ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights ☐ 445 American w/Disabilities-Employment ☐ 446 Americans w/Disabilities-Other | ○ M. *Contract* ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability ☐ 196 Franchise | ○ N. *Three-Judge Court* ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
○ 1 Original Proceeding  ⊙ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**
Removal of Auto accident case under the Federal Tort Claims Act, 28 U.S.C. section 2679

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   **DEMAND $** 60,000   Check YES only if demanded in complaint
**JURY DEMAND:** YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐   NO ☒   If yes, please complete related case form.

DATE March 29, 2007   SIGNATURE OF ATTORNEY OF RECORD  _[signature]_

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.