UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY TINKER,<br>　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br>　　　Defendant. | Civ. No. 07–601 (CKK) |

**ORDER**
(April 16, 2007)

On March 29, 2007, this action was removed from the Superior Court for the District of Columbia to the instant Court. Also on March 29, 2007, Defendant United States of America filed a [2] Motion to Dismiss in the above-captioned case. As of the date of this Order, Plaintiff, who is represented by counsel, has not filed a response or any other filing.

Local Civil Rule 7(b) states:

> Within 11 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). Given that no opposition from Plaintiff has been filed, the Court, consistent with the broad discretion afforded it under Local Civil Rule 7(b), shall grant Defendant's motion as conceded. Accordingly, it is this 16th day of April, 2007, hereby

ORDERED that [2] Defendant's Motion to Dismiss is GRANTED; it is also

ORDERED that the instant case is DISMISSED.

*This is a final, appealable order.*

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　United States District Judge